## IN THE UNITED DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WAYNE HUDGENS | * |
| Plaintiff, | * |
| v. | *   Civil Action No.: 1:18-cv-00197-CRC |
| ONTIME TRANSPORTATION, INC., et. al. | * |
| and | * |
| MEDICAL TRANSPORTATION MANAGEMENT, INC. | * |
| Defendants | * |

*************************************************************************

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Wayne Hudgens dismisses all claims in his action against Defendants Ontime Transportation, Inc., Adamu Lemu, and Medical Transportation Management, Inc. with prejudice, and Medical Transportation Management, Inc. likewise dismisses its cross claim against Ontime Transportation Management, Inc. and Adamu Lemu.

_____/s/_____
Philip B. Zipin, Esq.
Attorney for Plaintiff Wayne Hudgens
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
pzipin@zagfirm.com
(301) 587-9373

_____/s/_____
Terrell N. Roberts, III,
Attorney for Defendants Ontime
Transportation, Inc. and Adamu Lemu
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737
troberts@robertsandwood.com
(301) 699-0764

_____/s/_____
John Hathway, Esq.
Attorney for Defendant/Cross Plaintiff,
Medical Transportation Management, Inc.
Whiteford, Taylor & Preston
1800 M Street, N.W., Suite 450N
Washington, D.C. 20036
jhathway@wtplaw.com
(202) 659-6800